The People of the State of Illinois ex rel. Samuel P. Thrasher, appellee, v. Max Eisner, appellant.    Gen. No. 25,079.

Suit to restrain use of premises for purposes of lewdness, assigna-

tion or prostitution. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded with directions. Opinion filed December 8, 1919.

Huening & Kretske, for appellant; Frank T. Huening, of counsel. Sims, Welch & Godman, for appellee; Daniel J. Ward, of counsel.

Mr. Justice Holdom delivered the opinion of the court.